NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SABATINO BIANCO, M.D.,**
*Plaintiff-Appellee*

**v.**

**GLOBUS MEDICAL, INC.,**
*Defendant-Appellant*

---

2015-1193

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:12-cv-00147-WCB, Circuit Judge William C. Bryson.

---

**JUDGMENT**

---

PRATIK A. SHAH, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, DC, argued for appellee. Also represented by EMILY CURTIS JOHNSON; CHARLES EVERINGHAM, IV, Dallas TX; MICHAEL SIMONS, Austin, TX; IFTIKAHR AHMED, Houston, TX; STEVEN ZAGER, New York, NY.

ROBERT M. PALUMBOS, Duane Morris, LLP, Philadelphia, PA, argued for appellant. Also represented by THOMAS W. SANKEY, Houston, TX; KRISTINA CAGGIANO KELLY, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 19, 2015        /s/ Daniel E. O'Toole
Date               Daniel E. O'Toole
                 Clerk of Court